JEFFREY R. THURRELL (SBN 202765)
jthurrell@fisherphillips.com
SPENCER W. WALDRON (SBN 284029)
swaldron@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

AARON F. OLSEN (SBN 224947)
aolsen@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Plaintiff
CALIFORNIA HOTEL & LODGING ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HOTEL & LODGING ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Case No:<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: March 7, 2019<br>Trial Date: None Set |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially

affected by the outcome of this proceeding:

1. Defendant, City of Oakland
2. Plaintiff, California Hotel & Lodging Association
3. Any Hotel or Hotel Employer within the meaning of Oakland Municipal Code Chapter 5.93 which is affected by Oakland Measure Z.

Dated: March 7, 2019

Respectfully submitted,

FISHER & PHILLIPS LLP

By: /s/ Jeffrey R. Thurrell
Jeffrey R. Thurrell
Spencer W. Waldron
Aaron F. Olsen
Attorneys for Plaintiff
CALIFORNIA HOTEL &
LODGING ASSOCIATION

2  Case No.
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

FPDOCS 35111113.1