BARBARA J. PARKER, State Bar No. 69722
Oakland City Attorney
MARIA S. BEE, State Bar No. 167716
Chief Assistant City Attorney
OFFICE OF THE CITY ATTORNEY
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA  94612
Phone:  (510) 238-3814
Email:  mbee@oaklandcityattorney.org

KAREN GETMAN, State Bar No. 136285
KRISTEN M. ROGERS, State Bar No. 274672
REMCHO, JOHANSEN & PURCELL, LLP
1901 Harrison Street, Suite 1550
Oakland, CA  94612
Phone:  (510) 346-6200
Email:  kgetman@rjp.com

NINA WASOW, State Bar No. 242047
CATHA WORTHMAN, State Bar No. 230399
FEINBERG, JACKSON, WORTHMAN & WASOW, LLP
2030 Addison Street, Suite 500
Berkeley, CA  94704
Phone:  (510) 269-2094
Email:  nina@feinbergjackson.com

Attorneys for Defendant
City of Oakland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA HOTEL & LODGING ASSOCIATION,<br><br>    *Plaintiff*,<br><br>vs.<br><br>CITY OF OAKLAND,<br><br>    *Defendant*. | No.: 3:19-cv-01232-WHO<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE** |

Upon considering the Stipulation Extending Time to Respond to Complaint and Setting Briefing Schedule:

IT IS HEREBY ORDERED THAT:

Opening briefs to be filed no later than May 10, 2019;

Opposition briefs to be filed no later than May 29, 2019;

Reply briefs to be filed no later than June 5, 2019; and

Motions to be heard on June 19, 2019.

Dated: April 1, 2019

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

(00376419)