Paul More, SBN 228589 *pmore@msh.law*
Kimberley C. Weber, SBN 302894 *kweber@msh.law*
**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
595 Market Street, Suite 800
San Francisco, CA 94105
Tel:   (415) 597-7200
Fax:   (415) 597-7201

*Attorneys for Proposed Intervenor UNITE HERE Local 2850*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HOTEL & LODGING ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | Case No. 19-cv-01232-WHO<br><br>**[proposed] ORDER SHORTENING TIME**<br><br>Hon. William H. Orrick |
| and<br><br>UNITE HERE LOCAL 2850,<br><br>    Proposed Intervenor. | |

1

1   Proposed Intervenor UNITE HERE Local 2850's motion for an order
2 shortening the time in which to hear Proposed Intervenor's unopposed motion to
3 intervene is GRANTED.  If the Court determines that a hearing on the unopposed
4 motion to intervene is necessary, it shall take place on May 8, 2019 at 2:00 p.m.
5 IT IS SO ORDERED.
6
7 Dated: April _____, 2019                    _____
8                                              HON. WILLIAM H ORRICK
9                                              U.S. DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, a copy of foregoing **[proposed] ORDER SHORTENING TIME** was served electronically through the Notice of Filing from the Northern District of California ECF system or by regular U.S. mail upon the counsel not registered with the electronic system.

| | |
|---|---|
| Aaron Franklin Olsen<br>Fisher & Phillips, LLP<br>4747 Executive Drive<br>Suite 1000<br>San Diego, CA 92121<br>Phone: (858) 597-9600<br>Fax: (858) 597-9601<br>Email: aolsen@fisherphillips.com | Karen Ann Getman<br>Kristen Mah Rogers<br>Remcho, Johansen & Purcell, LLP<br>1901 Harrison Street, Suite 1550<br>Oakland, CA 94612<br>510-346-6200<br>Fax: 510-346-6201<br>Email: kgetman@rjp.com<br>kr@rjp.com |
| Jeffrey Richard Thurrell<br>Spencer W. Waldron<br>Fisher & Phillips LLP<br>2050 Main Street<br>Suite 1000<br>Irvine, CA 92614<br>Phone: (949) 851-2424<br>Fax: (949) 851-0152<br>Email: jthurrell@fisherphillips.com<br>　　　swaldron@fisherphillips.com<br><br>*Attorneys for Plaintiff* | Catha Alison Worthman<br>Nina Rachel Wasow<br>Feinberg Jackson Worthman & Wasow LLP<br>2030 Addison Street, Suite 500<br>Berkeley, CA 94704<br>(510) 269-2094<br>Fax: (510) 269-7994<br>Email: catha@feinbergjackson.com<br>　　　nina@feinbergjackson.com<br><br>Maria Bee<br>Oakland City Attorney's Office<br>One Frank H. Ogawa Plaza, 6th Fl.<br>Oakland, CA 94612-1999<br>(510) 238-3814<br>Email: mbee@oaklandcityattorney.org<br><br>*Attorneys for Defendant* |

Dated:  April 8, 2019

_____
Katherine Maddux