Paul More, SBN 228589 *pmore@msh.law*
Kimberley C. Weber, SBN 302894 *kweber@msh.law*
**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
595 Market Street, Suite 800
San Francisco, CA 94105
Tel:  (415) 597-7200
Fax:  (415) 597-7201

*Attorneys for Proposed Intervenor UNITE HERE Local 2850*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HOTEL & LODGING ASSOCIATION,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>　　Defendant.<br>_____<br>　and<br><br>UNITE HERE LOCAL 2850,<br><br>　　Proposed Intervenor. | Case No. 19-cv-01232-WHO<br><br>**[proposed] ORDER ON UNITE HERE LOCAL 2850'S UNOPPOSED MOTION FOR LEAVE TO INTERVENE**<br><br>**[Fed. R. Civ. P. 24(a), (b)]**<br><br>**Date: May 8, 2019**<br><br>**Time: 2:00 PM**<br><br>Hon. William H. Orrick |

1

UNITE HERE Local 2850's unopposed motion to intervene in this matter is GRANTED. Local 2850 shall file any responsive pleading in accordance with the stipulated briefing order (Doc. 16).

IT IS SO ORDERED.

Dated: April \_\_\_\_\_, 2019          _____
                                     HON. WILLIAM H ORRICK
                                     U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, a copy of foregoing **[proposed] ORDER ON UNITE HERE LOCAL 2850'S UNOPPOSED MOTION FOR LEAVE TO INTERVENE** was served electronically through the Notice of Filing from the Northern District of California ECF system or by regular U.S. mail upon the counsel not registered with the electronic system.

Aaron Franklin Olsen
Fisher & Phillips, LLP
4747 Executive Drive
Suite 1000
San Diego, CA 92121
Phone: (858) 597-9600
Fax: (858) 597-9601
Email: aolsen@fisherphillips.com

Jeffrey Richard Thurrell
Spencer W. Waldron
Fisher & Phillips LLP
2050 Main Street
Suite 1000
Irvine, CA 92614
Phone: (949) 851-2424
Fax: (949) 851-0152
Email: jthurrell@fisherphillips.com
swaldron@fisherphillips.com

*Attorneys for Plaintiff*

Karen Ann Getman
Kristen Mah Rogers
Remcho, Johansen & Purcell, LLP
1901 Harrison Street, Suite 1550
Oakland, CA 94612
510-346-6200
Fax: 510-346-6201
Email: kgetman@rjp.com
kr@rjp.com

Catha Alison Worthman
Nina Rachel Wasow
Feinberg Jackson Worthman & Wasow LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
(510) 269-2094
Fax: (510) 269-7994
Email: catha@feinbergjackson.com
nina@feinbergjackson.com

Maria Bee
Oakland City Attorney's Office
One Frank H. Ogawa Plaza, 6th Fl.
Oakland, CA 94612-1999
(510) 238-3814
Email: mbee@oaklandcityattorney.org

*Attorneys for Defendant*

1

CERTIFICATE OF SERVICE                                            Case No. 19-cv-01232-WHO

1  Dated: April 8, 2019                              _____
2                                                          Katherine Maddux