AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CALIFORNIA HOTEL & LODGING ASSOCIATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-cv-01232-WHO |
| CITY OF OAKLAND ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITE HERE LOCAL 2850.

Date:  05/10/2019

/s/Paul L. More
*Attorney's signature*

Paul L. More, SBN 228589
*Printed name and bar number*

McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
*Address*

pmore@msh.law
*E-mail address*

(415) 597-7200
*Telephone number*

(415) 597-7201
*FAX number*