Paul L. More, SBN 228589
Kimberly C. Weber, SBN 302894
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Tel. No.:      (415) 597-7200
Fax No.:      (415) 597-7201
Email:         pmore@msh.law
                  kweber@msh.law

*Attorneys for Intervenor UNITE HERE Local 2850*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HOTEL & LODGING ASSOCIATION,<br><br>                    Plaintiff,<br>           vs.<br><br>CITY OF OAKLAND,<br><br>                    Defendant.<br><br>UNITE HERE LOCAL 2850,<br><br>                    Intervenor. | Case No.: 19-cv-01232-WHO<br><br>**[proposed] ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Honorable William H. Orrick |

This matter came before the Court on June 19, 2019, at 2:00 p.m., on Intervenor-Defendant UNITE HERE Local 2850's motion to dismiss Plaintiff California Hotel & Lodging Association's Complaint for Injunctive and Declaratory Relief pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  Upon consideration of the briefs and argument presented to the Court, and good cause showing, the Court GRANTS UNITE HERE 2850's motion to dismiss:

1. City of Oakland Measure Z (Oakland Municipal Code §§ 5.93.010 *et seq*.) is not preempted by the California Occupational Health & Safety Act ("CalOSHA") because Measure Z, by purpose and design, does not establish a workplace safety standard; does not conflict with CalOSHA; and is not field preempted.

2. The California Hotel & Lodging Association's Complaint does not allege any non-conclusory facts demonstrating that any of its members could bring an as-applied challenge to the Measure Z, and accordingly, the Association lacks standing to bring a facial challenge to the Measure.  Furthermore, Measure Z's provisions requiring additional compensation for hotel room cleaners required to clean more than a prescribed square footage of space and setting a lower minimum-wage if "health benefits" are provided are not unconstitutionally vague.

3. Measure Z's minimum-wage provision is not preempted by the Employee Retirement Income Security Act.

The Complaint (ECF Docket No. 1) is dismissed with prejudice.

IT IS SO ORDERED

Dated: _____                    _____
                                     Hon. William H. Orrick
                                     U.S. District Court Judge

1

[proposed] ORDER GRANTING MOTION TO DISMISS                Case No. 19-cv-01232-WHO

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, a copy of foregoing **[proposed] ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** was served electronically through the Notice of Filing from the Northern District of California ECF system or by regular U.S. mail upon the counsel not registered with the electronic system.

Aaron Franklin Olsen
Fisher & Phillips, LLP
4747 Executive Drive
Suite 1000
San Diego, CA 92121
Phone: (858) 597-9600
Fax: (858) 597-9601
Email: aolsen@fisherphillips.com

Karen Ann Getman
Kristen Mah Rogers
Remcho, Johansen & Purcell, LLP
1901 Harrison Street, Suite 1550
Oakland, CA 94612
510-346-6200
Fax: 510-346-6201
Email: kgetman@rjp.com
kr@rjp.com

Jeffrey Richard Thurrell
Spencer W. Waldron
Fisher & Phillips LLP
2050 Main Street
Suite 1000
Irvine, CA 92614
Phone: (949) 851-2424
Fax: (949) 851-0152
Email: jthurrell@fisherphillips.com
swaldron@fisherphillips.com

Catha Alison Worthman
Nina Rachel Wasow
Feinberg Jackson Worthman & Wasow LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
(510) 269-2094
Fax: (510) 269-7994
Email: catha@feinbergjackson.com
nina@feinbergjackson.com

*Attorneys for Plaintiff*

Maria Bee
Oakland City Attorney's Office
One Frank H. Ogawa Plaza, 6th Fl.
Oakland, CA 94612-1999
(510) 238-3814
Email: mbee@oaklandcityattorney.org

*Attorneys for Defendant*

Dated:  May 10, 2019

_____
Katherine Maddux